ORIGINAL

FILED
AUG 20 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| MICHAEL J MARTINEZ | Case No. 04-57122 MM |
| BERNICE L ORTEGA MARTINEZ | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2452700 for an unclaimed dividend in the amount of $2.44. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 12    EPMG
                          C/O CMRE FINANCIAL SVCS INC
                          3075 E IMPERIAL HWY #200
                          BREA, CA 92821

Dated: August 17, 2009

                                                    DEVIN DERHAM-BURK, TRUSTEE